UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CASE NO.   CR04-558 L |
| ) | |
| v. ) | |
| ) | |
| LILIANA HERNANDEZ, ) | DETENTION ORDER |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

Offenses charged:

　　Counts 1-6:   Bank Fraud, in violation of Title 18, U.S.C. Sections 1344, and 2.

Date of Detention Hearing:   May 6, 2005.

　　The Court, having conducted an uncontested detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions, which Defendant can meet, will reasonably assure the appearance of Defendant as required and the safety of any other person and the community. The Government was represented by Mark Parrent. The defendant was represented by Jim Vonasch.

　　The Government filed a Motion for Detention based on the defendant's flight risk. The defendant stipulated to detention pending further discovery of information supporting her release.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1)  The defendant poses a risk of flight as her ties to this district and employment history are unknown and she is a native and citizen of Mexico; she has a history of failure to appear for court proceedings in Arizona, for which a warrant was

DETENTION ORDER
PAGE -1-

      issued; a BICE detainer was filed against the defendant; she is known to have at least eight alias names, three different dates of birth, and two Social Security numbers.

  (2)  Due to the nature and seriousness of the crime alleged, release of the defendant would pose a likely risk of danger to the community.

  (3)  Based on the defendant's stipulation to detention and the U.S. Pre-trial Services report, there is no condition or combination of conditions that would reasonably assure future court appearances.

**It is therefore ORDERED:**

  (l)  Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

  (2)  Defendant shall be afforded reasonable opportunity for private consultation with counsel;

  (3)  On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

//
//
//
//
//
//
//

(4)     The clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 9th day of May, 2005.

*/s/ M. J. Benton*
Monica J. Benton
United States Magistrate Judge

DETENTION ORDER
PAGE -3-