# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LILIANA HERNANDEZ-HOBBS,<br><br>Defendant,<br><br>and,<br><br>COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC,<br><br>Garnishee. | CASE NO. CR04-0558-JCC<br><br>ORDER |

This matter comes before the Court on the parties' stipulation and proposed order to enter a final order of garnishment (Dkt. No. 27). Pursuant to the stipulation of the United States, Defendant, and garnishee, Comcast Cable Communications Management, LLC ("Comcast"), the Court ENTERS the following order:

//

//

ORDER
CR04-0558-JCC
PAGE - 1

1. The Defendant's name is Liliana Hernandez-Hobbs ("Ms. Hernandez-Hobbs"), the Defendant's Social Security number is XXX-XX-2202, and the Defendant's last known address is: 21 E Mills Dr., Apt. A, Tucson, AZ 85705-1619.

2. A judgment was entered on September 30, 2005, against Ms. Hernandez-Hobbs, in this action in the amount of $29,103.00, consisting of $29,003.00 in restitution and a Special Assessment of $100.00. A total balance of $23,816.95 remains outstanding as of March 19, 2018.

3. The garnishee, Comcast, has in its possession, custody, or control property of the Defendant in the form of wages paid to Ms. Hernandez-Hobbs.

4. The Defendant waives service of an application for writ of continuing garnishment pursuant to § 3205 of the Federal Debt Collection Procedures Act of 1990, 28 U.S.C. § 3205, and any other process to which the Defendant may be entitled under the Federal Debt Collection Procedures Act of 1990.

5. The garnishee, Comcast, waives service of an application for a writ of continuing garnishment pursuant to § 3205 of the Federal Debt Collection Procedures Act of 1990, 28 U.S.C. § 3205, and further waives the right to answer and be heard in this matter and any other process to which the garnishee may be entitled under the Federal Debt Collection Procedures Act of 1990.

6. The Defendant, Ms. Hernandez-Hobbs, agrees and stipulates that her wages are subject to garnishment under § 3205 of the Federal Debt Collection Procedures Act, 28 U.S.C. § 3205, and expressly agrees and stipulates that the entry of a final order of garnishment is proper.

7. The parties therefore agree and stipulate to the entry of a final order of garnishment against the non-exempt wages of the Defendant, Ms. Hernandez-Hobbs. The parties

expressly agree and stipulate that the garnishee, Comcast, shall pay **$150.00 per pay period**, from the Defendant's disposable earnings, towards the Defendant's outstanding criminal restitution. *See* 15 U.S.C. § 1673(a).

8. The parties further agree and stipulate that these sums shall be applied to the Defendant's restitution debt in this case. These deductions shall continue until the unpaid balance and any accruing interest or fees are fully paid and satisfied.

The garnishee, Comcast, is directed to make checks payable to the United States District Court, Western District of Washington, referencing Case No. 2:04-CR-0558-1, and to deliver such payment either personally or by First Class Mail to:

> United States District Court, Western District of Washington
> Attn: Financial Clerk – Lobby Level
> 700 Stewart Street
> Seattle, Washington 98101

9. The United States may move to adjust the amount of the garnishment order based on changes in Ms. Hernandez-Hobbs's financial condition or other relevant factors.

10. The parties agree that should the Defendant change her place of employment, Ms. Hernandez-Hobbs agrees to notify the United States of such change and to enter into another stipulated final order of garnishment with the same terms specified herein.

DATED this 9th day of July 2018.

*/s/ John C. Coughenour*
John C. Coughenour
UNITED STATES DISTRICT JUDGE